SHANNON R. BOYCE, Bar No. 229041
sboyce@littler.com
LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA  90067.3107
Telephone:   310.553.0308
Fax No.:       310.553.5583

JEFFREY J. MANN, Bar No. 253440
jmann@littler.com
LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA  94597
Telephone:   925.932.2468
Fax No.:       925.946.9809

Attorneys for Defendant
EMERITUS CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA BAILEY on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EMERITUS Corp., and DOES 1 through 50, inclusive,<br><br>Defendant. | Case No. 2:20−CV−00829−KJM−DB<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE HEARING DATE AND BRIEFING SCHEDULE REGARDING DEFENDANT'S MOTION TO COMPEL ARBITRATION**<br><br>Date:         July 24, 2020<br>Time:        10:00 a.m.<br>Courtroom: 3, 15th Floor |

ORDER
(No.  2:20−CV−00829−KJM−DB)

**ORDER**

Having considered the Parties' Stipulation to continue the hearing date and briefing schedule on Defendant's Motion to Compel Arbitration, and good cause appearing therefore,

**IT IS HEREBY ORDERED THAT:**

The hearing on Defendant's Motion is continued to August 14, 2020, or as soon thereafter that is convenient for the Court, with all opposition and reply deadlines in accordance with the new hearing date.

**IT IS SO ORDERED.**

Dated: July 17, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE

4833-3468-6657.1 093530.1008